an Attorney (DANIEL J. McPARLAND.) — On consent, respondent disbarred and his name ordered stricken from the roll of attorneys. Order signed. Present — Lazansky, P. J., Rich Kapper, Hagarty and Scudder, JJ.

NATHAN S. JEROME, Appellant, v. DIAMOND & FRAZER, INC., Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

LLOYD'S FIRST MORTGAGE CORPORATION, Plaintiff, v. MOUNT KISCO PROPER- TIES, INC., and Others, Defendants. In the Matter of the Application of BESSIE HAINES, Appellant, for Permission to Sue FRANK S. STEVENS, JR., Receiver of MOUNT KISCO PROPERTIES, INC., Respondent.— Motion for stay granted. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

ROBERT K. MACLEA, Appellant, v. FREDERICK W. SMYTHE and HARRY T. LINDEBERG, Respondents.— Motion for reargument of motion denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

CELIA MOGILEVICH, Respondent, v. ABRAHAM G. GRAYZEL and SOLOMON GRAYZEL, the Latter also Known as SAMUEL GRAYZEL, as Executors, etc., of AARON MEISLIN, Deceased, Appellants.— Motion to resettle order denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

OCEAN OPERATING CORPORATION, Respondent, v. CAPITAL CITY SURETY COM- pany, Appellant. Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs, for failure to comply with rule 11 of the rules of this court. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES W. HAMILTON, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES W. HAMILTON, Appellant.— Application for a certificate permitting an appeal to the Court of Appeals denied by the presiding justice.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS WEBER, Appellant.— Motion for enlargement of time in which to argue appeal granted and case ordered on the calendar for Monday, May 12, 1930. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

QUEENS BOULEVARD SYNDICATE, INC., Appellant, v. KEW GARDENS ENGINEER- ING CORPORATION and Others, Defendants; KINGSBORO MORTGAGE CORPORA- TION, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

MORRIS J. ROTH, Respondent, v. EDGAR PARKER and FLORENCE J. PARKER, His Wife, Appellants.— Motion for stay denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

MARK HENRY SCHNEIDER, Plaintiff, v. ANTONIO D. MELGAREJO RANDOLPH, Defendant. In the Matter of the Petition of ISIDOR LAZARUS, Plaintiff's Attorney, Respondent, against MARK HENRY SCHNEIDER, Plaintiff, and ANTONIO D. MEL- GAREJO RANDOLPH, Defendant, Appellants. — Motion for reargument of motion denied. Motion for reargument of appeal granted. Present — Lazansky, P. J.,